*Law Office of*
**SAMUEL GREGORRY**
*16 Court Street, Suite 2008*
*Brooklyn, NY, 11241*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
*www.samgregory.com*

*Admitted in NY and NJ*

**VIA ECF**

The Honorable Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re**: United States v. Beckett
Docket # 20 CR 213

Dear Judge Matsumoto,

Please be advised that I would like to arrange for a bail hearing for Desmonn Beckett. I was retained to represent Mr. Beckett just prior to the Court's last status conference and have not previously made a bail application. I have informed the Government that I intend to make this application.

Respectfully submitted,

By:     //Samuel Gregory//

Law Office of Samuel Gregory
16 Court Street, Suite 2008
Brooklyn, New York
Tel: 718-222-2992/718-360-6243
Fax: 718-222-2889
Email: Sam@samgregory.com

*Attorney for Desmonn Beckett*

Cc: The Hon. Kiyo A. Matsumoto (by ECF)
Clerk of Court (KAM) (by ECF)
Counsel for the Government by ECF (by ECF)