*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, NY, 11201*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
www.samgregory.com

*Admitted in NY and NJ*

---

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    **Re**: United States v. Beckett
                         Docket # 20 CR 213

Dear Judge Matsumoto,

    Please be advised that I received a phone call from a representative of the Court at 2:29pm today. I was informed that I had failed to respond to an order from the Court dated February 3, 2022. I appreciate the notification. The Court should be aware that if I had actually read the earlier order I would have promptly responded.

    As the Court is aware, I was retained by Mr. Beckett to represent him through his sentencing. Mr. Beckett was sentenced on September 8, 2021. I have not had any contact with him since that date. While I appreciate the Court contacting me on this matter, I think it would be best if Mr. Beckett were assigned CJA counsel to represent him going forward.

    Again, I very much appreciate the Court having a representative make a personal call to me on this matter. Have a wonderful weekend.

                                               Respectfully submitted,

                          By:    *//Samuel Gregory//*
                                 Law Office of Samuel Gregory
                                 16 Court Street, Suite 3500

Brooklyn, New York
Tel: 718-222-2992/718-360-6243
Fax: 718-222-2889
Email: Sam@samgregory.com

Cc: The Hon. Kiyo A. Matsumoto (by ECF)
Clerk of Court (KAM) (by ECF)
Counsel for the Government by ECF (by ECF)