RECEIVED
MAR 03 2022
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 03 2022 ★
BROOKLYN OFFICE

2/24/2021

Good day Your Honor, I'm sure you probably heard that the conditions at MDC Brooklyn were horrific at the highest peak of the Covid-19 pandemic. As you know we continue to have new variances pop up and as long as this continues to happen the conditions will continue to stay this way. 23 and 1 confinement is one of the many things I had to suffer through because of this. Showers only 3 times a week, no phone calls or emails to communicate with my family. These are just a few of the things I had to go through while being incarcerated during the pandemic. I'm well aware that a sentence reduction based on the conditions is done at the judges discretion. However there are numerous articles out there where the judges implemented a reduction because due to the pandemic we were deprived of a lot of our rights while being incarcerated. I've spent about 15 months going through these conditions. Since November 22, 2021 I have been moved to a new facility (FCI Danbury) and the conditions are no better here. Once I arrived here I had to quarantine for a month and a half. While being housed in a quarantine unit I tested negative a few times. Once they moved me out the placed me in a unit with positive cases. From there I was moved to an audotorium where there are a numerous number of holes in the

Ceilings and asbestos. I then tested positive for Covid-19. Once tested positive I requested 2 copies of my medical records and have yet to recieve them. This institution is under staffed and have stopped testing people for the virus. The Senator also tried to visit the facility to see the conditions but was denied access inside.

Now we all know that health conditions is not the only reason to grant compassionate release let alone a sentence reduction. Yes it plays a big factor in considering it but is not the only factor. I suffer from sickle cell trait. (can provide proof if needed) Sickle cell and covid-19 have similar symptons such as blood clotting, strokes, and severe oxygen deprivation. Me having sickle cell trait combined with the current Covid-19 pandemic constitutes compelling and extraordinary circumstances warranting compassionate release or a sentence reduction.

As of right now I have served more then a quater of my time served. (36.3%) My accessory after the fact charge is a non-violent one. In some cases there has been inmates released with less time in and more serious charges then me who have been released. I appreciate you taking the time to consider this once again and hope you see that I am granted this motion.

TRULINCS 92365053 - BECKETT, DESMONN - Unit: DAN-K-A

-----------------------------------------------------------------------------------------

FROM: 92365053
TO: Health Services
SUBJECT: ***Request to Staff*** BECKETT, DESMONN, Reg# 92365053, DAN-A-A
DATE: 01/21/2022 09:50:20 PM

To: MEDICAL
Inmate Work Assignment: ORDERLY

By any chance can you guys bring me 2 copies of my Medical record please?



Desmonn Beckett 92365-053
33 ½ Pembroke RD
Danbury, CT 06811

WESTCHESTER NY 105
1 MAR 2022 PM 2 L

The Honorable Judge Matsumoto
U.S. District Courthouse - EDNY
225 Cadman Plaza East
Brooklyn, NY 11201